1214

No. 99–1595. Feldman v. Skadden, Arps, Slate, Meagher & Flom et al. C. A. 2d Cir. Certiorari denied.

No. 99–1597. Tucker v. First Commercial Bank NA et al. C. A. 5th Cir. Certiorari denied.

No. 99–1602. Bussell v. Provident Life & Accident Insurance Co. et al. C. A. 9th Cir. Certiorari denied.

No. 99–1614. International Select Group, Inc., dba Bell'Oggetti International Ltd. v. Frehling Enterprises, Inc., dba Oggetti. C. A. 11th Cir. Certiorari denied.

No. 99–1615. Greene v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 99–1618. Helffrich v. Atlantis Submarines, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 99–1619. Riley v. Hickman et al. C. A. 9th Cir. Certiorari denied.

No. 99–1624. ATC Partnership v. Town of Windham et al. Sup. Ct. Conn. Certiorari denied.

No. 99–1626. Meeker v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 99–1630. Eady v. Supervalue Transportation, Inc., et al. Cir. Ct. Wisconsin, Milwaukee County. Certiorari denied.

No. 99–1635. Marchisheck v. San Mateo County et al. C. A. 9th Cir. Certiorari denied.

No. 99–1636. Lord v. Babbitt, Secretary of the Interior, et al. C. A. 9th Cir. Certiorari denied.